82,491-01

Dear Mr. Abel Acosta,

Mon. 2/16/15

Listen Sir, I don't know who else to write, your name is the only one I have in relation to the Court of Criminal Appeals of Texas about my case. I'm hoping that you will be able to help me out with this situation and if not I'm trusting you will get it in the hands of someone who can, sir. I've been sitting in Jail for 5 months already waiting for my appeal with y'all. Y'all have had the Writ of Habeas Corpus that seeks my relief in your possesion since November 26, 2014. I've been locked up since September 16, 2014. My daughter was born on September 30, 2014. I was trying to take care of this matter from the world before I got locked up. Really, how long does it really take to approve my appeal on something that the Court of Criminal Appeals has already deemed unconstitutional because of the 1st ammendment?! It's not like I did some-thing and denied it and asking y'all to reverse something I did, like kill somebody for example. I need to be out there taking care of my wife and 3 kids. I can't do nothing until y'all push my appeal thru where my "blue" warrant and parole will both go away. I can't even bond out right now and wait in the world for y'alls approvel. My wife can't do it by herself much longer. If I don't get out like ASAP I'm gonna lose my wife & kids, my family! Then I won't have anything Sir! Can you please, please, please help me out here?! Thank you for time Mr. Acosta. Hope to hear from you soon.

Tr. Ct. No. CR075338A    WR-82,491-01

Derek Elmore